# IN THE SUPREME COURT OF THE STATE OF NEVADA

NUVEDA, LLC, A NEVADA LIMITED
LIABILITY COMPANY,
                    Appellant,
    vs.
4FRONT ADVISORS, LLC, A FOREIGN
LIMITED LIABILITY COMPANY; AND
DOTAN Y. MELECH, COURT
APPOINTED RECEIVER
REPRESENTING CWNEVADA, LLC,
                    Respondents.

No. 79304

**FILED**

FEB 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Rob Bare, District Judge
       James A. Kohl, Settlement Judge
       Law Office of Mitchell Stipp
       Snell & Wilmer, LLP/Las Vegas
       Snell & Wilmer/Phoenix
       Holley Driggs/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

21-03785